Cook and another vs. The City of Menasha.

NEWMAN, J. I concur in the above opinion of MARSHALL, J.

COOK and another, Appellants, vs. THE CITY OF MENASHA, Respondent.

*January 15 — February 2, 1897.*

*Appeal from order.*

An order of the circuit court, denying a motion to vacate an order for the bringing in of additional parties, is not appealable under ch. 212, Laws of 1895.

APPEAL from an order of the circuit court for Winnebago county: GEO. W. BURNELL, Circuit Judge. *Appeal dismissed.*

The case is stated in the opinion.

For the appellants there were briefs by *Webster & Classon*, and oral argument by *W. H. Webster*. To the point that the order was appealable as a final order affecting a substantial right in a special proceeding, they cited *Hekla F. Ins. Co. v. Morrison*, 56 Wis. 133; *Carney v. Gleissner*, 62 id. 493; *Morse v. Stockman*, 65 id. 36.

*Gabe Bouck*, for the respondent.

MARSHALL, J. On the 18th day of December, 1895, the defendant, by its attorney, on the hearing of a motion duly made for that purpose, obtained an order bringing in other

parties as defendants. On the 16th day of January, 1896, a motion on the part of plaintiffs was duly brought on for a hearing before the court, for an order vacating the order of December, 18, 1895. Such motion to vacate was denied, and an order accordingly entered from which the plaintiffs appealed. This case is ruled by *Smith v. Scott*, 93 Wis. 453, where this court held that such orders are not appealable, under ch. 212, Laws of 1895. Therefore this appeal must be dismissed for want of jurisdiction to entertain it.

*By the Court.*— The appeal is dismissed.